IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00508-MSK-CBS

THOMAS MOY, a Colorado resident,

     Plaintiff,

v.

CHARLES SCHWAB & CO., INC., a California corporation,
PNC BANK, N.A., a national banking association,
TD AMERITRADE, INC., a New York corporation f/k/a TD WATERHOUSE
INVESTOR SERVICES, INC.,
TD BANKNORTH, N.A., f/k/a TD BANK USA, NATIONAL ASSOCIATION and
TD WATERHOUSE BANK, NATIONAL ASSOCIATION, a national banking association

     Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS ORDERED that, as to any exhibits and depositions to be used during this case,

counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days

after any judgment is entered or closure of the case. Counsel shall retain same for 60 days beyond

the later of the time to appeal or conclusion of any appellate proceedings. Failure to retrieve

exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 21st day of March, 2007.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge

Dockets.Justia.com