IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00508-MSK-CBS

THOMAS MOY, a Colorado resident,

    Plaintiff,

v.

CHARLES SCHWAB & CO., INC., a California corporation, and
PNC BANK, N.A., a national banking association,

    Defendants,

TD AMERITRADE, INC., a New York corporation
f/k/a TD WATERHOUSE INVESTOR SERVICES, INC., and
TD BANK USA, NATIONAL ASSOCIATION, a national banking association,

    Defendants/Third Party Plaintiffs,

v.

CENTENNIAL BANK OF THE WEST, a Colorado corporation

    Third Party Defendant.
_____

**ORDER DENYING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT**
_____

**THIS MATTER** comes before the Court pursuant to the Stipulation for Extension of Time to Respond to Third-Party Complaint **(#33)**.

1. Third-Party Defendants Centennial Bank and PNC Bank, N.A. have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 6.1(D),

2.  Third-Party Defendants Centennial Bank of the West and PNC Bank, N.A. did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Motion **(#33)** is **DENIED**, without prejudice.

Dated this 4th day of April, 2007

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge