IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00508-MSK-CBS

THOMAS MOY, a Colorado resident,

    Plaintiff,

v.

CHARLES SCHWAB & CO., INC.,
a California corporation,
PNC BANK, N.A.,
a national banking association,
TD AMERITRADE, INC.,
a New York corporation f/k/a TD WATERHOUSE
INVESTOR SERVICES, INC.,
TD BANKNORTH, N.A., f/k/a TD BANK USA, NATIONAL ASSOCIATION and
TD WATERHOUSE BANK, NATIONAL ASSOCIATION,
a national banking association

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED the Unopposed Motion for Entry of Stipulated Protective Order [filed May 29, 2007; doc. 43] is **GRANTED**. The Stipulated Protective Order submitted May 29, 2007 shall be signed and entered on this date.

**DATED:**    May 30, 2007