IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00508-MSK-CBS

THOMAS MOY,
a Colorado resident,

      Plaintiff,

v.

CHARLES SCHWAB & CO., INC.,
a California corporation,
PNC BANK, N.A.,
a national banking association,
TD AMERITRADE, INC.,
a New York corporation f/k/a TD WATERHOUSE,
INVESTOR SERVICES, INC.,
TD BANKNORTH, N.A., f/k/a TD BANK USA, NATIONAL ASSOCIATION, and
TD WATERHOUSE BANK, NATIONAL ASSOCIATION,
a national banking association,

      Defendants.

PNC BANK, N.A., a national banking association,
TD AMERITRADE, INC., and
TD BANK USA N.A.,

      Third-Party Plaintiffs,

v.

CENTENNIAL BANK OF THE WEST,
a Colorado corporation,

      Third-Party Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Third-Party Defendant Centennial Bank of the West's Unopposed Motion to Amend Scheduling Order (*doc. no. 52)* is **GRANTED**.  The deadline for joinder of parties and amendment of pleadings is extended to **August 16, 2007**.

**DATED:**        July 10, 2007