IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00508-MSK-CBS

THOMAS MOY,
a Colorado resident,

    Plaintiff,

v.

CHARLES SCHWAB & CO., INC.,
a California corporation,
PNC BANK, N.A.,
a national banking association,
TD AMERITRADE, INC.,
a New York corporation f/k/a TD WATERHOUSE,
INVESTOR SERVICES, INC.,
TD BANKNORTH, N.A., f/k/a TD BANK USA, NATIONAL ASSOCIATION, and
TD WATERHOUSE BANK, NATIONAL ASSOCIATION,
a national banking association,

    Defendants.

PNC BANK, N.A., a national banking association,
TD AMERITRADE, INC., and
TD BANK USA N.A.,

    Third-Party Plaintiffs,

v.

CENTENNIAL BANK OF THE WEST,
a Colorado corporation,

    Third-Party Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Defendant Charles Schwab & Co., Inc.'s Unopposed Motion to be Excused from Attending Upcoming Mediation (*doc. no. 57*) is **GRANTED**.

**DATED:**     August 6, 2007