IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00508-MSK-CBS

THOMAS MOY, a Colorado resident,
Plaintiff,
v.

CHARLES SCHWAB & CO., INC., a California corporation,
PNC BANK, N.A., a national banking association,
TD AMERITRADE, INC., a New York corporation f/k/a TD WATERHOUSE INVESTOR SERVICES, INC., and
TD BANKNORTH, N.A., f/k/a TD BANK USA, NATIONAL ASSOCIATION and
TD WATERHOUSE BANK, NATIONAL ASSOCIATION, a national banking association.
Defendants.

v.

CENTENNIAL BANK OF THE WEST, a Colorado corporation
Third-Party Defendant.

_____

## ORDER DISMISSING PNC BANK, N.A.'S THIRD PARTY COMPLAINT WITH PREJUDICE

_____

THE COURT, having reviewed Third Party Plaintiff, PNC Bank, N.A., and Third Party Defendant, Centennial Bank of the West's, Stipulation of Dismissal Pursuant to Rule 41(a)(1), bearing the signatures of respective counsel of the parties,

**IT IS ORDERED** that PNC Bank, N.A.'s third party complaint is dismissed, with prejudice, with the parties to pay their respective attorneys' fees and costs. All future captions shall reflect said dismissal.

Dated this 19th day of September, 2007.

**BY THE COURT:**

_/s/ Marcia S. Krieger_____
Marcia S. Krieger
United States District Judge